**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-0351-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      ASHLEY ELIZABETH REEDHOLM,

      Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

This matter has been scheduled for a **three-day** jury trial on the docket of Judge

Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street,

Denver, Colorado to commence on **October 21, 2013 at 9:00 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **September 12, 2013** and

responses to these motions shall be filed by **September 19, 2013**.  It is further

ORDERED that a Trial Preparation Conference is set for **October 15, 2013 at 1:00 p.m.**

in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation

Conference:

      1)      jury selection;

      2)      sequestration of witnesses;

3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED: August 21, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge